IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | | |
|---|---|---|
| LORENZO PEARSON, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | CASE NO. 1:19-CV-204-WKW |
| | ) | [WO] |
| EXPERIAN, | ) | |
| | ) | |
| Defendant. | ) | |

## ORDER

The Magistrate Judge has entered a Recommendation that Plaintiff Lorenzo Pearson's case be dismissed for failure to prosecute to which no timely objections have been filed. (Doc. # 16.) Based upon an independent and *de novo* review of the Recommendation, *see* 28 U.S.C. § 636(b), the court finds that the Recommendation is correct and adopts the findings and conclusions therein as its own. Accordingly, it is ORDERED as follows:

(1) The Recommendation (Doc. # 16) is ADOPTED; and

(2) This case is DISMISSED with prejudice.

Final judgment will be entered separately.

DONE this 13th day of November, 2019.

/s/ W. Keith Watkins
UNITED STATES DISTRICT JUDGE